**Abe BERLOWITZ, Appellant, v. STATE of Texas, Appellee.**

No. 21527.

Court of Criminal Appeals of Texas.

Feb. 19, 1941.

Clark & Seley, of Waco, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for theft of cattle, punishment being assessed at two years in the penitentiary.

Since the jurisdiction of this court attached appellant has filed here his affidavit advising the court that he does not desire to further prosecute his appeal and at his request said appeal is dismissed.

**Edgar SMITH, Appellant, v. STATE of Texas, Appellee.**

No. 20,768.

Court of Criminal Appeals of Texas.

Jan. 8, 1941.

HAWKINS, Presiding Judge.

The judgment of conviction was affirmed on January 24, 1940. Motion for rehearing was overruled February 21, 1940. Tex. Cr.App., 136 S.W.2d 842. Appellant made application to the Supreme Court of the United States for writ of certiorari to review the action of this court. The writ was granted, 309 U.S. 651, 60 S.Ct. 891, 84 L. Ed. 1001, and on November 25, 1940 the Supreme Court of the United States reversed the judgment of this court and remanded said cause for further proceedings not inconsistent with the opinion of said Supreme Court of the United States. 61 S.Ct. 164, 85 L.Ed. ——.

Therefore, in compliance with said opinion this cause is remanded to the trial court for further proceeding in said cause, as may be consistent with the opinion of the Supreme Court of the United States.

Accompanying this order, and made a part thereof, is a certified copy of the mandate from the Supreme Court of the United States, now on file as a part of the record in this cause.

**W. O. GAINER, Appellant, v. F. R. BALCAR, Respondent.**

No. 3792.

Court of Civil Appeals of Texas. Beaumont.

Jan. 30, 1941.

Rehearing Denied Feb. 5, 1941.

B. L. Collins, of Lufkin, for appellant.

C. W. Wiedemann, of Beaumont, for appellee.

O'QUINN, Justice.

This is the second appeal from a judgment of the County Court of Jefferson County, at Law, Jefferson County, Texas, overruling appellant's plea of privilege; the opinion on the first appeal is reported 135 S. W.2d 1012. An examination of the brief discloses no error; the judgment is affirmed without written opinion. 127 S.W. 2d 1040.

Affirmed.